IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHRISTOPHER SNOW,
                                                    PLAINTIFF

v.                    Case No. 6:07-cv-6039

MICHAEL J. ASTRUE,
Commissioner of Social Security                        DEFENDANT

**ORDER**

      For reasons stated in a memorandum opinion of this date, I hereby remand this case to the Commissioner for further consideration pursuant to sentence six of 42 U.S.C. § 405(g).

      **IT IS SO ORDERED AND ADJUDGED** this **9th day of October 2007.**

                                                          /s/ Barry A. Bryant
                                                          HON. BARRY A. BRYANT
                                                          U.S. MAGISTRATE JUDGE